-FILED-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
_____ DIVISION

JAN 25 2018

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Isha Pratcher )
(Plaintiff) )
)
vs. )    3:18CV49
Concord Community )
School (Defendant). )
)

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant Concord Community School for discrimination as set forth below.

Plaintiff ✓ DOES ___ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name: Isha Pratcher

Plaintiff's Address: 250 E. Bristol St. apt 316
Elkhart, Ind. 46514

Plaintiff's Telephone: 574-343-9388

Defendant's Name: Concord Community School

Defendant's Address: 59040 Minuteman Way
Elkhart, Ind. 46517

## II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to:

   ✓ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

1

_____ The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on on 28 U.S.C. §§1331 and 1343(a);

_____ Other (list): _____

2. Plaintiff __✓__ DID _____ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. **[If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint].**

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **RECEIVED** on or about __02/09/16__ (insert date the plaintiff **received** the notice -- in most instances this will not be the same date stamped on the notice). **[Plaintiff should attach a copy of the Notice of Right to Sue to this complaint.]**

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages): I was denied gainful employment due to my criminal background history for which there were no convictions.

### IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages) There were no convictions, and I currently am employed with Goshen Community Schools, and has held other positions in this field of work.

2

(Facts, continued)

_____
_____
_____
_____
_____
_____

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Pain & Suffering, wages lost.
_____
_____
_____
_____

## VI. AFFIRMATION OF PLAINTIFF

I, Asha Pratcher, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become an official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

Asha Pratcher
(Signature of Plaintiff)
01/25/18
(Date)

3