AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ISHA PRATCHER,

           Plaintiff,

v.             **Civil Action No.:** 3:18-cv-49 RLM MGG

CONCORD COMMUNITY SCHOOL,

           Defendant.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Plaintiff's Complaint is DISMISSED for failure to state a timely claim on which relief may be granted.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge   Robert L. Miller, Jr.   .

DATE:   August 3, 2018                ROBERT TRGOVICH, CLERK OF COURT

                                                    By:    s/K. Pflueger
                                                        Signature of Clerk or Deputy Clerk